## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PATRICE BLACKWELL        *

Plaintiff        *

v        *        Civil Action No. WDQ-09-2696

AMTRAK        *

Defendant        *

***

## MEMORANDUM

The above-captioned case was filed on October 16, 2009, together with a Motion to Proceed in Forma Pauperis.  Because she appears to be indigent, plaintiff's Motion shall be granted.

Plaintiff's complaint alleges employment discrimination.  Plaintiff attaches a copy of an Equal Employment Opportunity Commission Notice of Rights to her Complaint. Paper No. 1. The notice advises Plaintiff that she must pursue a law suit within 90 days of receiving the notice.  The notice is dated December 5, 2008.  Because the complaint has been filed more than 10 months after the issuance of the right to sue letter (well beyond the 90 day filing deadline for a Title VII action), it is time-barred and must be dismissed.  *See* 42 U.S.C.A. §2000e-5(f); *Espinoza v. Missouri Pacific Railroad Company*, 754 F.2d 1247 (5th Cir.1985).

Accordingly, by separate order which follows, the case shall be dismissed.

October 22, 2009            _____/s/_____
Date                                    William D. Quarles, Jr.
                                            United States District Judge